05/18/2004 13:27 FAX 617 542 7437     ☒001/002

*235*

## RACKEMANN, SAWYER & BREWSTER
### FAX TRANSMITTAL COVER SHEET

Date: May 18, 2004     RS&B File #: 7929/66

**TO:** 
- Name: Collette B. Cunningham
- Company: Debevoise & Plimpton
- City/State:
- Recipient's Voice Phone: 212-909-6000
- **RECIPIENT'S FAX PHONE:** 2120909-6836

**FROM:** Cara J. Daniels
Rackemann, Sawyer & Brewster
One Financial Center
Boston, MA 02111-2659

- Sender's Direct Dial #: 617/951-1194
- Fax Phones: ✓ 617/542-7437 (29th Floor)     _____ 617/737-2092 (28th Floor)
- Fax Only: _____ Fax and Regular Mail: _____

(Respond to Fax number checked above.)

**TOTAL PAGES INCLUDING THIS COVER SHEET:** 2

**COMMENTS:**

2004 MAY 18

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT(S) NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

MAY 18 PM 12:51

**RACKEMANN, SAWYER & BREWSTER**

PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
ESTABLISHED 1884

ONE FINANCIAL CENTER
BOSTON, MASSACHUSETTS 02111-2659

TELEPHONE 617-542-2300
FACSIMILE 617-542-7437
www.rackemann.com

DIRECT DIAL NO.:

May 18, 2004

Collette B. Cunningham
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

Re:  In re US Gen New England, Inc.
     <u>Subpoena to Mainstream Associates, Inc.</u>

Dear Collette:

   We represent Mainstream Associates, Inc. ("Mainstream") and its principal, Mr. George Lagassa. Pursuant to Rule 45(C)(2)(B), Federal Rules of Civil Procedure, Mainstream hereby objects to the subpoena duces tecum dated May 6, 2004 served upon Mr. Lagassa, as representative of Mainstream, by the defendant HSBC Bank USA. Mr. Lagassa objects to inspection or copying of the documents requested in the Attachment B to the subpoena on the following grounds:

   1.   Attachment B calls for documents which require the disclosure of an unretained expert's opinion resulting from an expert's study made at the request of one who is not a party to this action.

   2.   To the extent that the documents called for by Schedule B do not require the disclosure of Mr. Lagassa's expert opinion, these documents can be readily obtained from other sources.

   3.   Mr. Lagassa reserves the right to raise other grounds for objection to production of the documents requested in Attachment B.

                                              Sincerely,

                                              Cara Daniels

                                              Cara J. Daniels

CJD/bb
cc:  Mr. George Lagassa
     Alan Rubenstein, Esq.