**SO ORDERED**

**Date signed May 21, 2004**



JOHN C. AKARD
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In Re: | * | |
| USGen New England, Inc. | * | Case No.   03-30465PM |
| | * | Chapter   11 |
| | * | |
| Debtor | * | |
| ************************************ | * | |
| USGen New England, Inc., | * | |
| | * | |
| | * | |
| Plaintiff | * | |
| vs. | * | Adversary   04-1001 PM |
| Bear Swamp Generating Trust No. 1 LLC, *et al.*, | * | |
| | * | |
| | * | |
| Defendants | * | |

### ORDER EXTENDING DEADLINE FOR THE TAKING OF DEPOSITIONS

HSBC Bank USA, a co-defendant and counter-claimant in the above-captioned adversary proceeding has filed two Motions seeking to conduct depositions beyond the discovery deadline of May 21, 2004. The present discovery deadline was suggested by the parties at the hearing held March 10, 2004, and adopted by the court by order entered March 16, 2004.

Upon consideration of the Motions, and in order to allow for full and complete discovery, the court will extend the deposition deadline to and including **June 15, 2004**.