UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-MC-10145

PLAINTIFF: USGen New England

DEFENDANT: Bear Swamp Generating Trust

COUNSEL FOR PLAINTIFF: _____

COUNSEL FOR DEFENDANT: _____

JUDGE _____   CLERK _____   REPORTER _____

## CLERK'S NOTES

DATES:

Writ documents sought is overbroad w/exception 2,5,13 — to paragraph 2,5,13

Motion to quash is Allowed in Part denied in part —

Def - one day 7 hour deposition
Court outlines what may be asked

Court wants to know date of depo. Cl to inform Clerk

Clknotes.trm - 09/92                                    [clknot.]