**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 03-30465 (PM) |
| USGen New England, Inc., | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| USGen New England, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 04-01001 |
| | ) | |
| v. | ) | Docket No.: 1:04-cv-11235-wgy |
| | ) | |
| Bear Swamp Generating Trust No. 1 LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

The undersigned, Siobhan E. Mee, hereby notices her appearance as counsel to HSBC Bank USA in the above-captioned action.

Respectfully submitted,

**HSBC Bank USA**

/s/ _____
Charles L. Solomont  BBO# 557190
Siobhan E. Mee  BBO# 640372
Sean C. Flynn  BBO# 650506
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
Tel:  (617) 951-8000
siobhan.mee@bingham.com

LITDOCS:555867.1

Dated: June 11, 2004

## CERTIFICATE OF SERVICE

       I, Siobhan E. Mee, hereby certify that a true and correct copy of the foregoing document was served on all counsel in this matter, via first class mail, on or about June 11, 2004.

_____
Siobhan E. Mee

-2-

LITDOCS:555867.1