IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | |
| ) | Case No. 03-30465 (PM) |
| USGen New England, Inc., ) | |
| Debtor. ) | Chapter 11 |
| ) | |
| ) | |
| USGen New England, Inc., ) | Adv. Proc. No. 04-01001 |
| ) | |
| Plaintiff, ) | Docket No.: 1:04-cv-11235-wgy |
| ) | |
| v. ) | |
| ) | |
| Bear Swamp Generating Trust No. 1 LLC, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF STEPHEN VACCARO

Stephen Vaccaro, being sworn, deposes and says:

1. I am an associate with the firm of Debevoise & Plimpton LLP of New York, New York, and have been admitted to practice before this court in this matter *pro hac vice.*

2. I represent HSBC Bank USA ("HSBC") in this matter.

3. On May 6, 2004, HSBC issued a subpoena *ad testificandum* and *duces tecum* under Rules 30(b)(6) and 45 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") to Mainstream Associates, Inc. ("Mainstream"). A copy of this subpoena is attached hereto as Exhibit A.

4. On June 7, 2004, I participated in a telephone conversation with Cara J. Daniels, counsel for Mainstream Associates Inc. During that conversation Ms. Daniels stated that Mainstream would not be producing documents responsive to HSBC's subpoena to Mainstream until the morning of Mr. George Lagassa's scheduled deposition, on June 14, 2004.

LITDOCS:555745.1

5. I subsequently transmitted two letters to Ms. Daniels in an effort to resolve this developing discovery dispute. Those letters, dated June 7, 2004, and June 10, 2004, are attached hereto as <u>Exhibits</u> <u>B</u> and <u>C</u>.

6. I have also have initiated several telephone conversations with Ms. Daniels in an attempt to narrow the disputes between our clients, to no avail.

Signed and sealed under the pains and penalties of perjury this 10th day of June, 2004.

                                                      /s/
                                   Stephen Vaccaro, Esq.