# RACKEMANN, SAWYER & BREWSTER

PROFESSIONAL CORPORATION

COUNSELLORS AT LAW

ESTABLISHED 1800

ONE FINANCIAL CENTER

BOSTON, MASSACHUSETTS 02111-2650

TELEPHONE 617-542-2300
FACSIMILE 617-542-7437
www.rackemann.com

DIRECT DIAL NO.:

June 10, 2004

BY FACSIMILE

Steve Vaccaro, Esq.
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022

Re: U.S.Gen New England, Inc. v. Bear
Swamp Generating Trust No. 1 LLC et al

Dear Steve:

I received your fax of this afternoon. Your recitation of my position on the various issues related to this deposition is accurate. Most importantly, you correctly note my position that, although my client is under no obligation to do so, should I determine that it is in his best interest to produce documents prior to his deposition on Monday, I will do so.

I cannot yet make that determination, nor can I commit to doing so before 3:00 p.m., because I am not yet in possession of the relevant documents. As soon as I am in a position to make such determination, I will let you know.

While I appreciate that you are laboring under discovery deadlines in your lawsuit, that in no way affects my obligations to my client.

Very truly yours,

Cara Daniel

Cara J. Daniels

CJD/mo