# VALUATION AND APPRAISAL REPORT

Bear Swamp Pumped Storage Facility
Fife Brook Hydroelectric Station
Deerfield Five Hydroelectric Station

Owned by

PG&E National Energy Group

Located within
the Town of Florida, MA
As of January 1, 2000

Submitted to:

Assessor
Florida, MA

by

George K. Lagassa, A.S.A., Ph.D.
Certified General Appraiser

Mainstream Associates
North Hampton, NH

September 20, 2000

USGENNE 052326

## 4.8 Income Capitalization Approach

The income capitalization approach is forward looking and operates on the premise that the value of any asset is primarily a function of its ability to generate income in the future. Where future income after the first year is reasonably fixed, it is reliable to use a single capitalization rate. However, where future revenue is changing, as is likely to be the case with the subject hydroelectric stations as free competition unfolds, it is more reliable to conduct a discounted cash flow (DCF) analysis, which examines annual net operating incomes and discounts them to present value.

Key to completing a DCF analysis of a conventional hydropower station is a determination of two key factors:

(1) NET OPERATING INCOME (NOI), which is itself a function of three variables
- annual energy output and capacity
- price for power (energy and capacity)
- expenses

(2) DISCOUNT RATE, which is the rate at which to discount future cash flows to determine net present value. Typically, this represents the opportunity cost of capital invested in the subject asset as opposed to a different investment of like risk and liquidity.

As noted, the Bear Swamp pumped storage project serves a unique role in the integrated regional electrical grid. As a storage project, the Bear Swamp plant operates as a closed system, pumping the same water uphill (to recharge the station) as was allowed to flow downhill to generate electricity. On average, for each 1 kWh of energy produced, Bear Swamp utilizes 1.36 kWh of electricity for pumping. Thus the Bear Swamp plant is a net user of electricity. In addition, to the extent that the plant is able to operate on a store and release basis, operate as a motor during periods of light load (thus eliminating the high cost of shutting down major base load power plants), provide balance to the integrated network, and act as back up capacity for the network, it sells power to a far more complicated market than do the two conventional plants. In a competitive market, the incentives to produce and to not produce will shift, and the new market has not been in effect long enough to identify clear operational trends for pumped storage plants. Given the complexity of this market and its overall immaturity to date, the Bear Swamp plant does not lend itself to an income analysis. Therefore, we will limit our income approach valuation to the Fife Brook and Deerfield Five hydroelectric stations.

### 4.8.1 Energy Output

The future output of the Fife Brook and Deerfield Five hydroelectric stations can be estimated by relying on past history. PG&E Generating has supplied us with information about the annual energy output from each of these stations for the past ten years. For purposes of our analysis, we have utilized the average annual energy output from each station during the last ten years. The results are presented in **Figure 4-10** below.

USGENNE 052389

Bear Swamp Pumped Storage, Fife Brook and Deerfield Five Hydroelectric Stations

Figure 4 – 10
Estimated Annual Energy Output
(in MWH)
Fife Brook Hydro Station
Deerfield Five Hydro Station

| Year | Fife Brook Station | Deerfield Five Station |
|---|---|---|
| 1990 | 38,785 | 59,758 |
| 1991 | 31,191 | 57,676 |
| 1992 | 27,816 | 34,559 |
| 1993 | 30,025 | 23,703 |
| 1994 | 31,487 | 54,116 |
| 1995 | 25,301 | 37,898 |
| 1996 | 36,855 | 65,967 |
| 1997 | 32,775 | 54,270 |
| 1998 | 29,160 | 49,481 |
| 1999 | 31,835 | 52,753 |
| Average/year | 31,521 | 49,018 |
| Total (both plants) | 80,539,000 kWh/year | |

It might be argued that the value of these hydroelectric stations should also be measured in terms of the other "products" they can sell besides electrical energy. In fact, the New England ISO does oversee transactions in several related electricity markets in addition to that for short-term energy supplies, including markets for:

- Installed capacity
- Operating capacity
- 10 minute spinning reserve
- 10 minute non spinning reserve
- 30 minute operating reserve
- automatic generation control

After extensive discussions with PG&E NEG personnel, I have concluded that, for conventional hydropower projects, the value of these ancillary services is equal to the opportunity cost of providing them, which is in turn equal to the amount of energy not produced as a result of the provision of these other "products". Thus, each of these projects can offer these other "products" only to the extent that it elects not to produce energy. Therefore, at least until the market for electric power matures further, we believe it is correct to equate the total value of the marketable products from the subject stations to the value of their predictable annual energy output.

### 4.8.2 Price for Power

In the new competitive electricity marketplace, the future wholesale price for power is not entirely known. To alleviate this risk, when USGen purchased the generating assets of New England Power Company, they entered into a standard offer service agreement with Nantucket Electric, Narraganset Electric, and Massachusetts Electric company (all